The People of the State of Illinois, Defendant-Appellee, *v*. Harold Moore, Plaintiff-Appellant.

(No. 57308; 

First District—October 30, 1972.

Opinion by Mr. JUSTICE BURKE.

James J. Doherty, Public Defender, of Chicago, (John E. Hughes, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, for the People.

John W. Thornberry, Plaintiff-Appellant, *v*. The Board of Education of the City of Chicago *et al.*, Defendants-Appellees.

(No. 54150; 

First District—October 31, 1972.

